AO 91 (Rev. 11/11) Criminal Complaint                                            AUSA Barry Jonas (312) 886-8027



FILED
6/25/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| UNITED STATES OF AMERICA | CASE NUMBER: 20 CR 316 |
|---|---|
| v. | Magistrate Judge Beth W. Jantz |
| CHRISTIAN REA | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about June 1, 2020, at Naperville, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 231(a)(3) | attempted to commit an act to obstruct, impede, and interfere with law enforcement officers lawfully engaged in their lawful performance of their official duties incident to and during the commission of a civil disorder, which act obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce |

This criminal complaint is based upon these facts:

  X  Continued on the attached sheet.

/s/ Troy David Bronner (w/ permission BWJ)

TROY DAVID BRONNER
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: June 25, 2020

*Judge's signature*

City and state: Chicago, Illinois          BETH W. JANTZ, U.S. Magistrate Judge
                                                        *Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**AFFIDAVIT**

I, TROY DAVID BRONNER, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for 16 years. My current responsibilities include the investigation of domestic terrorism.

2. This affidavit is submitted in support of a criminal complaint alleging that Christian Rea has violated Title 18, United States Code, Section 231(a)(3). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging REA with civil disorder, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement personnel, and persons with knowledge regarding relevant facts.

4. On May 25, 2020, George Floyd died while in the custody of the Minneapolis Police Department. The nature and circumstance of Mr. Floyd's arrest, subsequent death, and the actions of the Minneapolis Police Department came under intense public scrutiny. Almost immediately following Mr. Floyd's death, public protests began in Minneapolis, and began to expand nationally.

5. On or about June 1, 2020, at approximately 9:39 p.m., during the course of a protest related to the death of Mr. Floyd at the intersection of Washington Street and Chicago Avenue, in Naperville, Illinois, an individual, later identified as CHRISTIAN REA, was captured on video throwing an explosive or incendiary device in the proximity of a Naperville Police Department (NPD) Special Response Team (SRT) vehicle, and the NPD officers that were standing in close proximity of the vehicle, which subsequently detonated causing an explosion. As a result of the explosion, the NPD officers were temporarily stunned, with several officers suffering momentary blindness and hearing loss for several minutes. Panic ensued in the crowd of protesters as well, with people running in all directions.



6. On June 2, 2020, at approximately 3:10 a.m., Agents collected items which appeared to be remnants of the explosive or incendiary device thrown at the NPD officers, in the vicinity of the explosion, at the intersection of Washington Street and Chicago Avenue.

7. Law enforcement initiated a review of open source information following the incident, and identified photographs and videos pertaining to the explosion. On June 2, 2020, at 12:25 a.m., a video was posted on Facebook by "[Individual A]," UID xxxxx6120, which depicted a male with dark hair wearing dark pants, a blue shirt with red lettering, and white sneakers, which appear to be Air Jordan IIIs, throwing the explosive or incendiary device, with an evidently lit and sparking fuse towards the NPD officers, which was followed by a small explosion and then by a larger explosion. I am familiar with the area where the video takes place and it appears to be the area of Washington Street and Chicago in Naperville. Photograph A below is a screen shot from the video. Immediately following the scene depicted in Photograph A, the video pans to show the direction of the item thrown. Seconds later there is an explosion in the same general area where the item thrown landed in the street.



8. Photograph B, below, was also posted by Individual A on his Facebook account on June 2, 2020, at approximately 11:54 a.m. Photograph B below shows a male with dark hair wearing dark pants and a blue shirt with red lettering with "Tommy Hilfiger" printed on it in red. Individual A stated in the post the photographs depicted events that occurred during the protest from 3:00 p.m. to 9:00 p.m., prior to "one person" tossing a "(very large) firecracker at the cops."



9. On June 3, 2020, law enforcement interviewed Individual A, who stated that he did not know the identity of the individual throwing the explosive or incendiary device, but he recalled seeing the person throw it. Individual A provided law enforcement with copies of his videos and photographs taken on the evening of the incident. Photograph C below, which was acquired from Individual A and had not previously been posted, shows a male with dark hair wearing dark pants and a blue shirt with red lettering with "Tommy Hilfiger" printed on it in red, using what appears to a cellular telephone at the protest on June 1, 2020. The person depicted in photograph C appears to be the same person in photograph B.



10. On June 11, 2020, law enforcement completed a review of all surveillance video provided by NPD of the events that occurred on June 1, 2020, and videos and photographs from open source social media. During the review, an individual later, later identified as CHRISTIAN REA, was observed wearing the dark blue t-shirt with "Tommy Hilfiger" printed on it in red, walk behind a red truck, and then walk around the front and turn toward the front door of the truck. See Photograph D below which is a screen shot taken from a surveillance video.



11. Additionally, law enforcement identified a white Ford Expedition with an Illinois license plate of H187718 on a video, which was recorded on June 1, 2020, at approximately 6:33 p.m. The front passenger of the Ford Expedition was a male with dark hair wearing a royal blue "FILA" shirt, which was the same shirt worn by one of the subjects standing next to REA in Photograph B and appears to be the person standing next to REA in Photograph E below.



7

12. An Illinois registration check conducted on Illinois license plate H187718 revealed the Ford Expedition was registered to Individual B who resided at Residence A in Montgomery, Illinois. A check of the Thompson Reuters Clear database[1] of Residence A revealed Individual C residing at Residence A, who appeared to be approximately the same age as REA and the other individuals depicted in Photograph B. Law enforcement conducted a driver's license inquiry for Individual C and a driver's license photograph for Individual C was obtained.

13. Law enforcement entered Individual C into a Facebook search and found an "Individual C" who per Facebook, resided in Aurora and "studied" at East Aurora High School. The Illinois driver's license photograph for Individual C matched the person pictured on the Facebook account for "Individual C." A search of Individual C's friends on Facebook revealed a Facebook account with the name of "El Rea." I compared publically available photographs on the page of "El Rea," pictured below, who was subsequently identified as CHRISTIAN REA, and he appears to be the same person who threw the explosive or incendiary device at the NPD officers during the protesting on Monday, June 1st, 2020.

---

[1] Thompson Reuters Clear is a database that provides, among other information, public records of individuals to include identifying information, associated with particular addresses.



14. On "El Rea's" Facebook page, law enforcement located photographs of REA with a red Chevrolet Silverado extended cab 4x4 truck, with chrome wheels and black door handles, bearing Illinois license plate 2159850. See photographs F and G below.





15.  According to Illinois Secretary of State records for Illinois license plate 2159850, the Chevrolet Silverado is registered to Individual D, with a date of birth of November 28, 1991, who resided at a residence in Aurora, Illinois ("Aurora residence"). Law enforcement obtained an Illinois Secretary of State photograph of Individual D which did not match the photographs of REA on Facebook. However, a June 2019 Illinois Traffic Crash Report identified REA as the driver of the 2017 Chevrolet Silverado, with Illinois plate 2159850. The reported identified the Aurora residence as REA's home address.

16.  Law enforcement conducted checks of TLOxp[2] Trans Union for the Aurora residence. The TLOxp check identified multiple individuals associated with the Aurora residence, including an approximately 50 year old individual with the name I. Rea. None of the descriptors of I. Rea identified in the initial TLOxp search of the individuals associated with the Aurora residence, to include approximate age or physical description, appeared to match the age or physical description of the person who threw the explosive or incendiary device.

17.  The TLOxp results of the individual identified as I. Rea contained a section titled "relatives." The word "relatives" is a hyperlink. Law enforcement selected the hyperlink and were led to a list of I. Rea's relatives. The list of relatives included the name CHRISTIAN REA as a hyperlink. Law enforcement selected the CHRISTIAN REA hyperlink, which then led law enforcement to identifying

---

[2] TLOxp is a database that provides, among other information, public records of individuals to include identifying information, associated with particular addresses.

information for CHRISTIAN REA. The identifying information stated that REA lived at the Aurora residence, with a date of birth of November 2000.

18. A check of CHRISTIAN REA from Aurora, Illinois was conducted through the Illinois Secretary of State database, which yielded driver's a license for a CHRISTIAN REA, with a date of birth of November 1, 2000, and the Aurora residence as his home address. An additional Illinois Secretary of State database check of the driver's license for REA and the date of birth, yielded a driver's license photograph of CHRISTIAN REA, and weight, height, and hair color. The driver's license photograph matched the person pictured on the "El Rea" Facebook page, and also matched the approximate age, weight, height and hair color of the individual who is pictured in Photograph A throwing the explosive or incendiary device. The Illinois Secretary of State motor vehicle records identified the Aurora residence as REA's home address.

19. On June 25, 2020, during an execution of a search warrant at the Aurora residence, FBI agents located clothing belonging to CHRISTIAN REA, which matched the clothing worn by the individual who threw the incendiary or explosive device.

20. On June 25, 2020, CHRISTIAN REA was interviewed by law enforcement officers. REA acknowledged to officers that he threw the incendiary or explosive device in the direction of NPD officers on the evening of June 1, 2020. REA was shown the video described in paragraph 7 and acknowledged that he is the person

12

described in paragraph 7 throwing the incendiary or explosive device. REA described what he threw as a "firework."

21. Based on information provided to me by NPD, the NPD vehicle is the property of the City of Naperville government, which is self-insured. Both the NPD and City of Naperville government conduct business in interstate commerce, for instance by purchasing vehicles and other equipment and supplies in interstate commerce. The activities of the NPD and the City of Naperville government in enforcing laws also affect interstate commerce.

FURTHER AFFIANT SAYETH NOT.

/s/ Troy David Bronner (w/ permission BWJ)

TROY DAVID BRONNER
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on June 25, 2020.

Honorable BETH W. JANTZ
United States Magistrate Judge

13