**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| United States of America<br><br>v.<br><br>Christian Rea (1) | Case Number: 20 CR 316-1<br>Magistrate Judge Beth W. Jantz |

### ORDER

Initial appearance proceedings held on 06/25/2020. Defendant appears in response to arrest on 06/25/2020. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by teleconference. Defendant informed of his rights. Attorney Timothy R. Roellig appears as retained counsel for defendant. Defendant informed of the charges against him as well as of the possible sentence/fine if convicted of those charges. The Government's oral motion for pretrial detention is entered and continued. Detention hearing set for 06/26/2020 at 3:00 p.m. via teleconference at which time, defendant should be prepared to inform the Court as to his position on a preliminary examination hearing. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (888) 273-3658 and the access code is 2217918. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Defendant is hereby remanded into the custody of the United States Marshals Service and shall remain in custody until further order of the Court.

(00:20)

Date:  06/25/2020

_____
Beth W. Jantz
United States Magistrate Judge