# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| United States of America | |
| v. | Case Number: 20 CR 316<br>Magistrate Judge Beth W. Jantz |
| Christian Rea (1) | |

## ORDER

Detention hearing held on 06/26/2020 as to Christian Rea (1). Defendant informed of his right to proceed with the hearing in person. Defendant waives his right to an in-person hearing. Pursuant to the CARES Act, the detention hearing is held telephonically. The Government's oral motion for pretrial detention is moot as the Government and defendant agree to certain conditions of release. Enter Order Setting Conditions of Release. Defendant, Christian Rea (1) informs the Court that he waives his right to a preliminary examination hearing. The Court enters a finding of probable cause and orders defendant to answer to the District Court for further proceedings. Defendant, Christian Rea (1) shall be released after processing.

(00:30)

Date:   06/26/2020

_____
Beth W. Jantz
United States Magistrate Judge