UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTIAN REA | No. 20 CR 316<br><br>Rebecca R. Pallmeyer<br>Chief Judge |

**ORDER**

Upon the Parties Joint Motion, under Title 18, United States Code, Section 3161(h)(7)(A) & (B), for an extension of time in which to return an indictment in the above-captioned case,

IT IS HEREBY ORDERED that the time within which to file an indictment against the defendant be extended from July 25, 2020, to and including September 23, 2020. Specifically, this Court finds that the ends of justice served by the extension outweigh the best interests of the public and the defendants in a speedy trial because the failure to grant such an extension would deny counsel for the defendant and the government the reasonable time necessary for effective preparation of the evidence for presentation to the Grand Jury, taking into account the exercise of due diligence.

ENTERED:

_____
REBECCA R. PALLMEYER
Chief Judge

DATED: July 20, 2020