UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | Case No. 20 CR 316 |
|---|---|
| v. | Violation: Title 18, United States Code, Section 231(a)(3) |
| CHRISTIAN REA | |
| | **INFORMATION** |

The UNITED STATES ATTORNEY charges:

On or about June 1, 2020, at Naperville, Illinois, in the Northern District of Illinois, Eastern Division,

CHRISTIAN REA,

defendant herein, attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of official duties incident to and during the commission of a civil disorder, which in any way or degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce, to wit: throwing an explosive device at police officers and a police vehicle;

In violation of Title 18, United States Code, Section 231(a)(3).

STEVEN DOLLEAR  Digitally signed by STEVEN DOLLEAR
Date: 2021.04.12 12:29:23 -05'00'

Signed by Steven Dollear on behalf of the
UNITED STATES ATTORNEY