AFFIDAVIT

## DEAR POLICE OFFICERS,

MY NAME IS **CHRISTIAN REA NAVARRO** (█████████████ AND THIS LETTER IS TO SINCERELY APOLOGIZE TO YOU FOR MY BEHAVIOR DURING THE BLACK LIVE MATTERS PROTEST ON JUNE 5, 2020 IN NAPERVILLE, ILLINOIS.

MY BEHAVIOR WAS UNNACEPTABLE AND I ACCEPT RESPONSIBILITY FOR MY ACTS, I DO NOT WANT TO JUSTIFY MY ACTIONS IN ANY WAY, IT WAS WRONG AND I AM SORRY FOR IT. I NOW UNDERTAND THAT I AFFECTED MANY PEOPLE WITH MY BEHAVIOR AND SPECIALY YOU, THE LAW ENFORCEMENT OFFICIALS THAT WERE PROTECTING OUR COMMUNITY LIKE YOU ALWAYS DO.

PLEASE ACCEPT MY DEEPEST APOLOGIES FOR ANY TROBLE THAT I MAY CAUSED TO YOU AND THE POLICE DEPERTMENT DURING THOSE PROTESTS. PLEASE KNOW THAT I EARNED MY LESSON AND THAT I WONT BE DOING ANYTHING LIKE THAT IN THE FUTURE.

ANY QUESTIONS OR IF YOU NEED MORE INFORMATION, PLEASE DO NOT HESITATE TO CONTACT ME AT (███████████

x _Christian Rea_
**CHRISTIAN REA NAVARRO**

Page | 1

AFFIDAVIT

TO WHOM IT MAY CONCERN,

OUR NAME IS **ROSA NAVARRO BELTRAN** ( ███████████ **AND INOSENCIO REA GUTIERREZ** ( █████████ RESIDING AT █████████████████████ AND I WE ARE THE PARENTS OF **CHRISTIAN REA NAVARRO** ( ████████████

OUR SON **CHRISTIAN** IS A GOOD PERSON, HE HAS NEVER HAD A PROBLEM WITH THE AUTHORITIES AND HAS A JOB AND IS A RESPONSIBLE PERSON. THE DAY OF THE PROTEST HE WENT OUT WITH A GROUP OF FRIENDS AND I DO NOT KNOW EXACTLY WHAT HAPPENED, BUT HE IS NOT A BAD PERSON AND I AM SURE HE REGRETS CAUSING ANY PROBLEM.

SINCE HE HAS BEEN IN HOME ARREST HE HAS SHOWN THAT HE IS SORRY FOR WHAT HE DID, AND WE WILL CONTINUE TO SUPPORT HIM TO MAKE SURE HE NEVER DOES SOMETHING LIKE THAT AGAIN.

WE LOVE OUR SON VERY MUCH AND ASK YOU TO PLEASE FORGIVE HIM OF ANY WRONG DOING THAT DAY, HE IS NOT LIKE THAT.

ANY QUESTIONS OR IF YOU NEED MORE INFORMATION, PLEASE DO NOT HESITATE TO CONTACT ME AT ████████

*Rosa Navarro*

**ROSA NAVARRO BELTRAN**

DUPAGE COUNTY
STATE OF ILLINOIS
SIGNED AND SWORN BEFORE ME ON 05/01/2022

FEDERICO V GUERRA/ PUBLIC NOTARY

FEDERICO V GUERRA
Official Seal
Notary Public · State of Illinois
My Commission Expires Nov 10, 2024

*x Inosencio Rea Gutiérrez*

**INOSENCIO REA GUTIERREZ**

**AFFIDAVIT OF:**

**GABRIELA Y REA NAVARRO** █████████████

**TO WHOM IT MAY CONCERN,**

This is to inform you that I am the sister of **CHRISTIAN REA NAVARRO** ████████████ and he has always been a good brother to me, never before with problems with the authority, and I know he misbehaved on June 5, 2020 in Naperville during the protests, it was something not like him, because before that and after he is a responsible young man.

I have 2 children and CHRISTIAN babysits them when I go to work, and is a great uncle for them. I know for a fact that he regrets his actions that day and that he will be more responsible after this lesson.

Please take that into consideration and if you have any questions, please do not hesitate to contact me at ████████████

*Gabriela Rea Navarro*

GABRIELA Y REA NAVARRO

**STATE OF ILLINOIS**
**COUNTY OF DUPAGE**
**Sworn before me on 05/05/2022**

**Federico V Guerra/ Public Notary**

FEDERICO V GUERRA
Official Seal
Notary Public - State of Ilinois
My Commission Expires Nov 10, 2024

Page | 1

AFFIDAVIT

TO WHOM IT MAY CONCERN,

MY NAME IS **YESSENIA REA NAVARRO** ( ███████████ RESIDING AT ███████████ ███████████ AND I AM THE SISTER OF **CHRISTIAN REA NAVARRO** ( ███████████

MY BROTHER **CHRISTIAN** IS A GOOD PERSON, HE HAS NEVER HAD A PROBLEM WITH THE AUTHORITIES AND HAS A JOB AND IS A RESPONSIBLE THE DAY OF THE PROTEST, HE WENT OUT WITH A GROUP OF FRIENDS AND I DO NOT KNOW EXACTLY WHAT HAPPENED, BUT HE IS NOT A BAD PERSON AND I AM SURE HE REGRETS CAUSING ANY PROBLEM.

I LOVE MY BROTHER VERY MUCH AND ASK YOU TO PLEASE FORGIVE HIM OF ANY WRONG DOING THAT DAY, HE IS NOT LIKE THAT.

ANY QUESTIONS OR IF YOU NEED MORE INFORMATION, PLEASE DO NOT HESITATE TO CONTACT ME AT ███████

X *Yessenia Rea*
**YESSENIA REA NAVARRO**

DUPAGE COUNTY
STATE OF ILLINOIS
SIGNED AND SWORN BEFORE ME ON 05/01/2022

FEDERICO V GUERRA/ PUBLIC NOTARY

FEDERICO V. GUERRA
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 10, 2024

Date :5/4/22

To whom this may concern.                          My name  is Mario
Camacho and I am pleased to offer my recommendation of Christian Rea,
for the position of laborer at Exterior 1

During my relationship with Christian  over the past years I have
experienced a highly motivated hard working individual who constantly
works hard and shows great dedication towards his professional duties I
strongly believe that Christian will be great addition to our group and will
exceed expectations in his role a laborer , me Mario I'm a foreman of the
group and are waiting on Christian to solve his problems for him to join my
group and start working with us.        Please do not hesitate to contact
me,
                                              Sincerely.

– Telephone ████████

05 – 04 – 2022

*Mario Camacho*

**Matt Gengler**
Owner/Operator
████████

Exterior1

Yo Ruth Gutierrez, conosco a Cristian Rea Navarro desde chiquito y el es un buen niño. El es estudioso, respetable, y trabajador. Lo vi creser con sus padres y sus hermanos tienen una relacion muy unida y yo Ruth Gutierrez le quiero pedir que le de otra oportunidad a Cristian Rea para demostrale que es un buen niño.

Ruth Gutierrez

I, Ruth Gutierrez, have known Cristian Rea Navarro since he was little, and he is a good boy. He is studious, respectable, and hardworking. I saw him grow up with his parents and siblings, they have a very close relationship and I, Ruth Gutierrez, want to ask you to give Cristian Rea another chance to show you that he is a good boy.

Yo SanJuana Gutierrez
Conosco a Cristian Rea
desde Niño es Un niño
de hogar es bien portado
no Se mete en problemas
es Un buen trabajador
Y Simpre esta al pendiente
de Su hogar yo Conosco
a Cristian desde Niño y el
es de Un Corazon noble Y
Cariñoso Con los que le
rodean al rededor de el
por eso le pido que le
den otra oportunidad para
demostrales ██ ██

SanJuana Gutierrez

███ ████

I, SanJuana Gutierrez, have known Cristian Rea since he was a child. He is a homebody, he is well behaved, he does not get into trouble, he is a good worker and is always on the lookout for his home. I have known Cristian since he was a child and he has a noble and loving heart with those around him, that is why I ask you to give him another opportunity to demonstrate it to you.

.

yo Martin morales me permito

informarles que comosco A CHRISTIAN
Rea desde ase 13 años y
Puedo asegurar Que es una persona
total mente Responsable y Respetuaso
en la comunidad donde Vivimos
y es muy Responsable en so trabaJo
el a trabaJado, conmigo en trabaJos
de Pintura, Que es alo que yo me
dedico. y no tenga ningun —
Promlema con el cuando le pido
Ayuda Para terminar algunas
trabaJos de Pintura y man-tenimieto.
yo testifico Que el no a tenido —
ningun Problema anterior en sus
años de adolecente.
Por que lo conosco desde chico
y e hestado viviendo actualmente
Con la Familia que son Sus Padres

Martin morales

4-24-22

Martin Morales, April 24, 2022

I, Martin Morales, allow myself to inform you that I have known Christian Rea for 13 years and I can assure you that he is a totally responsible and respectful person in the community where we live and is very responsible in his work. He has worked with me on painting jobs, which is what I do. I have no problem with him when I ask him to help me finish some painting and maintenance work. I testify that he has not had any previous problems in his teenage years, because I have known him since he was a child, and have been living with his parents' family.

04/26/2022

A quien Corresponda: Yo Luis G.
Garcia Conozco a Christian
Reg por 4 años
y se que es una Persona

Tranquila y un buen Trabajador

Resposable Trabajamos
Juntos y Convivimos

Cerca de la Casa y desde

que lo conozco no ha tenido

ningun Problema con Nadie
ni ha dañado a nadie
Doy Mi Palabra con consentimiento

Luis García

Luis Garcia, April 26, 2022

To whom it corresponds:

I, Luis Garcia, have known Christian Rea for 4 years and I know that he is a calm, hard-working, and responsible person. We work together and live near the house and since I've known him, he hasn't had any problems with anyone or has harmed anyone. I give my word with consent. Luis Garcia

Mi nobre es Julio c Moreno

Pormedio de esta carta vor a dar mi testimoni
sobre christian Roa yo conosco a los papás
de christian des deantes que el naciera son
unas Personas honestas trabajadoras y muy
buenas Personas somos vecinos y siempre no la
emos llebado bien Cuando nacio christian como a
los 3 o 4 meses nacio uno de mis hijos osea que
son de la misma edad y desde entonses cuado
Cumplieron la edad para entrar al prescolas de aii
asta la fecha son muy amigos puesto que el y
Su ermano benian mucho Para mi casa a jugar con
mis hijos y mis niños tambien iban mucho Para la
casa de christian bueno Para mi el mucho es muy
buena Persona muy amable resPetuoso con los Personas
Yo no me edada cuenta que se metiera en Problemas
antes yo lo conosco bien y se que esbien Portado
asta a ora en este Problema que se a metido y
espero en dios se resoelba Pronto de una manera
favorable Para todos nose que estaba Pensando cuado
abento el cuete Pero yo estoy seguro que si el
obiera sabido los consecuencias que esto que Para
el era como una broma le desara tantos Problemas
bueno espero y mi testimonio lo sirba de algo
Para bien de christian

4-25-22      Att Julio c Moreno

My name is Julio C. Moreno

Through this letter I will give my testimony about Christian Rea. I have known Christian's parents since he was born. They are honest, hard-working, and very good honest people. We are neighbors and we have always gotten along well. When Christian was born at about 3 or 4 months one of my children was born, that is, they are the same age to enter preschool from year to date they are very good friends, because he and his brother came a lot to my house to play with my children and my children also went a lot to Christian's house. Well, for me, he is a very good person, very kind, respectful of people. I have not realized that he got into trouble before, I know him well and I know he is well behaved, until now he has gotten into this problem, and I hope to God it will be resolved soon in a favorable way for all. I don't know what he was thinking when I opened the firework but I'm sure that if he had known the consequences that this, which for him was a joke, would leave him with so many problems. Well, I hope and my testimony will be of some use to Christian.

To Whom it may concern,

Rosalinda and Luis Gutierrez,husband and wife, are writing this letter in regards Christian Rea. We've known him for over 20 years, we've seen him grow up to become a respectful, caring young adult. Although, sometimes we may choose the wrong decisions and some being influenced by others,we've learn from our mistakes and became a better person.

If any questions or concerns, please feel free to reach out to us.


thank you,




Luis E. Gutierrez
Rosalinda Zavala

P a g e | 1

AFFIDAVIT

TO WHOM IT MAY CONCERN,

MY NAME IS **MARIO NAVARRO MOSQUEDA** ███████████ RESIDING AT ███████
███████ AND I AM THE UNCLE OF **CHRISTIAN REA NAVARRO** ( ███████████

I HAVE KNOWN HIM SINCE HE WAS BORN, HE IS THE SON OF MY COUSIN **ROSA NAVARRO**, AND HE HAS ALWAYS BEEN A GOOD KID, IN SCHOOL AND OUT, NEVER DONE ANYTHING WRONG. HE AND MY SON **LUIS M. NAVARRO**, 18, ARE REALLY CLOSE AND NEVER HAD ANY COMPLAINS, WE ALSO USED TO LIVE TOGETHER, THE 2 FAMILIES FOR AROUND 3 YEARS WITH NO PROBLEMS WHATSOEVER.

**CHRISTIAN** IS A GOOD PERSON, A GOOD SON TO HIS PARENTS AND IS ENROLLED IN THE G.E.D PROGRAM IN A COMMUNITY COLLEGE AND ALWAYS RESPECTFULL WITH ME AND HIS AUNT.

ANY QUESTIONS OR IF YOU NEED MORE INFORMATION, PLEASE DO NOT HESITATE TO CONTACT ME AT ( ███████

**MARIO NAVARRO MOSQUEDA**

DUPAGE COUNTY
STATE OF ILLINOIS
SIGNED AND SWORN BEFORE ME ON 04/26/2022

FEDERICO V GUERRA/ PUBLIC NOTARY

FEDERICO V GUERRA
Official Seal
Notary Public · State of Illinois
My Commission Expires Nov 10, 2024

Page | 1

AFFIDAVIT

TO WHOM IT MAY CONCERN,

MY NAME IS **GLORIA NAVARRO** ████████████ RESIDING AT ████████████
█ AND I AM THE AUNT OF **CHRISTIAN REA NAVARRO** ████████████

I HAVE KNOWN HIM SINCE HE WAS BORN, HE IS THE SON OF MY COUSIN **ROSA NAVARRO**, AND HE HAS ALWAYS BEEN A GOOD KID, IN SCHOOL AND OUT, NEVER DONE ANYTHING WRONG.  HE AND MY SON **LUIS M. NAVARRO**, 18, ARE REALLY CLOSE AND NEVER HAD ANY COMPLAINS, WE ALSO USED TO LIVE TOGETHER, THE 2 FAMILIES FOR AROUND 3 YEARS WITH NO PROBLEMS WHATSOEVER.

**CHRISTIAN** IS A GOOD PERSON, A GOOD SON TO HIS PARENTS AND IS ENROLLED IN THE G.E.D PROGRAM IN A COMMUNITY COLLEGE AND ALWAYS RESPECTFULL WITH ME AND HIS AUNT.

ANY QUESTIONS OR IF YOU NEED MORE INFORMATION, PLEASE DO NOT HESITATE TO CONTACT ME AT █████████

*Gloria navarro*

**GLORIA NAVARRO**

DUPAGE COUNTY
STATE OF ILLINOIS
SIGNED AND SWORN BEFORE ME ON 04/26/2022

FEDERICO V GUERRA/ PUBLIC NOTARY

> FEDERICO V GUERRA
> Official Seal
> Notary Public - State of Illinois
> My Commission Expires Nov 19, 2024